UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PRB MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants, | Case No.: 2:15-CV-00310-MCE-DAD<br><br>**ORDER** |

### ORDER

The Court is in receipt of the parties' notice of settlement. The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT