1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9
10
11

SCOTT JOHNSON,

12

Plaintiff,

13

v.

14
15

PRB MANAGEMENT, LLC, a
California Limited Liability
Company; and Does 1-10,

16
17

Defendants,

Case: 2:15-CV-00310-MCE-DAD

**ORDER**

18
19
20

This action is hereby ordered dismissed with prejudice, each party to
bear their own attorneys' fees and costs.  The Clerk of the Court is directed
to close this case.

21
22

IT IS SO ORDERED.

23

Dated:  June 8, 2015

24
25
26

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

27
28

Joint Stipulation for Dismissal          Case: 2:15-CV-00310-MCE-DAD